UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IBRAHIM TIAMINU,

Petitioner,

v.                                                    26-CV-6439 (JLS)

JAMES BAUSCH, *in his official*
*capacity as Deputy Field*
*Office Director, Buffalo Field Office,*
*U.S. Immigration & Customs*
*Enforcement*; DIRECTOR TAMMY
MARICH, *in her official capacity as*
*Field Office Director, Buffalo Field*
*Office, U.S. Immigration & Customs*
*Enforcement*; TODD LYONS,
*in his official capacity as Acting*
*Director, U.S. Immigration and*
*Customs Enforcement*; MARKWAYNE
MULLIN, *in his official capacity as*
*Secretary of Homeland Security*;
TODD BLANCHE, *in his official*
*capacity as the Attorney General of the*
*United States,*

Respondents.

---

## ORDER

Petitioner Ibrahim Tiaminuis a civil immigration detainee currently detained at the Buffalo Federal Detention Facility.  Through counsel, Petitioner claims that he is being detained in violation of the United States Constitution and federal laws. *See* Dkt. 1.  He paid the $5.00 filing fee.

IT IS HEREBY ORDERED that, by **June 5, 2026**, Respondents shall file and serve an **answer** responding to the allegations in the petition; and it is further

ORDERED that, by **June 5, 2026**, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **June 5, 2026**, instead of an answer, Respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner's written response to Respondents' answer or motion to dismiss is due by **June 30, 2026**; and it is further

ORDERED that, in their briefs, the parties shall address why *Rivera Castillo v. Rhoney*, No. 25-CV-1065 (JLS), 2026 WL 775995 (W.D.N.Y. Mar. 19, 2026), does or does not control; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

Dated:      April 21, 2026
            Buffalo, New York


_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2